B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Western District of Virginia** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Adventure Entertainment, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Movie Starz Video; DBA Movie Starz; DBA Movie Starz Video DVD Outlet** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**54-1692066** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**101 Mountain Avenue**<br>**Roanoke, VA**<br><br>ZIP Code **24016** | Street Address of Joint Debtor (No. and Street, City, and State):<br><br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Roanoke City** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br><br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br><br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box) | **Nature of Business**<br>(Check one box) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>■ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | ☐ Chapter 7<br>☐ Chapter 9<br>■ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13    ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

**Tax-Exempt Entity**
(Check box, if applicable)
☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts.

| **Filing Fee** (Check one box) | **Chapter 11 Debtors** |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| **Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ■ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Adventure Entertainment, Inc.** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>　　Signature of Attorney for Debtor(s)　　　　　(Date) |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
#### (Check any applicable box)

■　Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐　There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐　Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
#### (Check all applicable boxes)

☐　Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)


_____
(Address of landlord)

☐　Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐　Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐　Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Adventure Entertainment, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X** /s/ Andrew S. Goldstein
Signature of Attorney for Debtor(s)

**Andrew S. Goldstein 28421**
Printed Name of Attorney for Debtor(s)

**Magee Goldstein Lasky & Sayers, P.C.**
Firm Name

**Post Office Box 404**
**Roanoke, VA 24003-0404**

_____
Address

**540-343-9800  Fax: 540-343-9898**
Telephone Number

**October 21, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Mark E. Tozier
Signature of Authorized Individual

**Mark E. Tozier**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October 21, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Virginia

In re   **Adventure Entertainment, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Rentrak Corp.**<br>**Attention: Legal**<br>**P.O. Box 18888**<br>**Portland, OR 97218-0888** | **Rentrak Corp.**<br>**Attention: Legal**<br>**P.O. Box 18888**<br>**Portland, OR 97218-0888** | **Trade Debt** | | **242,594.42** |
| **VPD IV Inc.**<br>**P.O. Box 958793**<br>**Saint Louis, MO 63195-3109** | **VPD IV Inc.**<br>**P.O. Box 958793**<br>**Saint Louis, MO 63195-3109** | **Trade Debt** | | **118,556.46** |
| **Business Card**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886-5710** | **Business Card**<br>**P.O. Box 15710**<br>**Wilmington, DE 19886-5710** | **Credit Card** | | **67,208.55** |
| **Wayne Epperson**<br>**1680 Enterprise**<br>**Piney Flats, TN 37686** | **Wayne Epperson**<br>**1680 Enterprise**<br>**Piney Flats, TN 37686** | **Landlord, Store Nos. 670 and 673** | | **41,854.03** |
| **Osborne Associates**<br>**P.O. Box 605**<br>**Eden, NC 27288** | **Osborne Associates**<br>**P.O. Box 605**<br>**Eden, NC 27288** | **Trade Debt** | | **18,750.00** |
| **HC Holdings LLC**<br>**730 11th Street, NW, Suite 600**<br>**Washington, DC 20001** | **HC Holdings LLC**<br>**730 11th Street, NW, Suite 600**<br>**Washington, DC 20001** | **Landlord, Store Nos. 629 and 679** | | **17,392.85** |
| **The Devon Group, LLC**<br>**c/o Holrob Commercial Realty**<br>**404 Erin Drive**<br>**Knoxville, TN 37919** | **The Devon Group, LLC**<br>**c/o Holrob Commercial Realty**<br>**404 Erin Drive**<br>**Knoxville, TN 37919** | **Trade Debt** | | **16,259.96** |
| **GFDG, Inc.**<br>**P.O. Box 2887**<br>**Roanoke, VA 24001** | **GFDG, Inc.**<br>**P.O. Box 2887**<br>**Roanoke, VA 24001** | **Trade Debt** | | **15,060.73** |
| **Commonwealth-Norton Partners**<br>**P.O. Box 1390**<br>**Knoxville, TN 37901** | **Commonwealth-Norton Partners**<br>**P.O. Box 1390**<br>**Knoxville, TN 37901** | **Landlord, Store No. 660** | | **13,695.00** |
| **Jim A. Wells**<br>**525 Packing House Road**<br>**Kingsport, TN 37660** | **Jim A. Wells**<br>**525 Packing House Road**<br>**Kingsport, TN 37660** | **Landlord, Store No. 675** | | **10,480.44** |
| **D&S Development, LLC**<br>**P.O. Box 1724**<br>**Salem, VA 24153** | **D&S Development, LLC**<br>**P.O. Box 1724**<br>**Salem, VA 24153** | **Landlord, Store No. 663** | | **9,466.75** |

B4 (Official Form 4) (12/07) - Cont.

In re     **Adventure Entertainment, Inc.**                                                    Case No. _____

                                            Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Center Designs, LLC<br>P.O. Box 6726<br>Miramar Beach, FL 32550 | Center Designs, LLC<br>P.O. Box 6726<br>Miramar Beach, FL 32550 | Landlord, Store No. 647 | | 8,737.50 |
| Southgate III, LLC<br>P.O. Box 8510<br>Richmond, VA 23226-0510 | Southgate III, LLC<br>P.O. Box 8510<br>Richmond, VA 23226-0510 | Landlord, Store No. 665 | | 8,576.29 |
| Downer Realty<br>P.O. Box 17<br>Charlottesville, VA 22902 | Downer Realty<br>P.O. Box 17<br>Charlottesville, VA 22902 | Landlord, Store No. 640 | | 7,815.28 |
| One Center Corporation<br>4848 Route 8, Unit 2<br>Allison Park, PA 15101 | One Center Corporation<br>4848 Route 8, Unit 2<br>Allison Park, PA 15101 | Trade Debt | | 7,500.00 |
| Edgar J.T. Perrow<br>P.O. Box 3133<br>Lynchburg, VA 24503 | Edgar J.T. Perrow<br>P.O. Box 3133<br>Lynchburg, VA 24503 | Landlord, Store No. 639 | | 7,460.00 |
| M.J.R.W., Inc.<br>c/o Darren W. Bentley, Esq.<br>549 Main Street<br>Danville, VA 24543-8200 | M.J.R.W., Inc.<br>c/o Darren W. Bentley, Esq.<br>549 Main Street<br>Danville, VA 24543-8200 | Trade Debt | | 7,000.00 |
| New Horizon LLC<br>P.O. Box 279<br>Union Hall, VA 24176 | New Horizon LLC<br>P.O. Box 279<br>Union Hall, VA 24176 | Landlord, Store No. 633 | | 6,450.00 |
| Continental Concession<br>250 Fulton Avenue<br>New Hyde Park, NY 11040 | Continental Concession<br>250 Fulton Avenue<br>New Hyde Park, NY 11040 | Trade Debt | | 5,407.89 |
| East Vinton Plaza, LLC<br>6525 Morrison Blvd.<br>Charlotte, NC 28211 | East Vinton Plaza, LLC<br>6525 Morrison Blvd.<br>Charlotte, NC 28211 | Landlord, Store No. 678 | | 5,211.40 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date     **October 21, 2010**                                   Signature     **/s/ Mark E. Tozier**
                                                                              **Mark E. Tozier**
                                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

## Western District of Virginia

In re    **Adventure Entertainment, Inc.**

,

Debtor

Case No. _____

Chapter _____ **11** _____

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **David Ralston**<br>**101 Mountain Avenue**<br>**Roanoke, VA 24016** | **Equity** | **5 Shares** | **Stock** |
| **M. Travis Tozier**<br>**101 Mountain Avenue**<br>**Roanoke, VA 24016** | **Equity** | **8 Shares** | **Stock** |
| **Mark E. Tozier**<br>**101 Mountain Avenue**<br>**Roanoke, VA 24016** | **Equity** | **100 Shares** | **Stock** |
| **Rhodney C. Tozier**<br>**101 Mountain Avenue**<br>**Roanoke, VA 24016** | **Equity** | **6 Shares** | **Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date___ **October 21, 2010** _____        Signature  **/s/ Mark E. Tozier** _____

**Mark E. Tozier**
**President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0** ___ continuation sheets attached to List of Equity Security Holders

Adventure Entertainment, Inc. -

ADT SECURITY SERVICES
P.O. BOX 371967
PITTSBURGH, PA 15250

AIR MOVERS, INC.
1008 BLUFF CITY HIGHWAY
BRISTOL, TN 37620

ALLEGHENY COUNTY TREASURER
9212 WINTERBERRY AVENUE
COVINGTON, VA 24426

ALLEGHENY ENERGY SERVICE CORP.
800 CABIN HILL DRIVE
GREENSBURG, PA 15606-0001

ALLIED WASTE SERVICES
P.O. BOX 9001099
LOUISVILLE, KY 40290

APPALACHIAN POWER COMPANY
P.O. BOX 24413
CANTON, OH 44701-4413

ARTEMIS ENTERTAINMENT
21818 LASSEN ST., UNIT E
CHATSWORTH, CA 91311

AUGUSTA COUNTY
P.O. BOX 859
VERONA, VA 24482-0859

AUTOMATED MAILING SYSTEM
914 RHODES AVE., NE
ROANOKE, VA 24012

BARTLETT TREE EXPERTS
P.O. BOX 3067
STAMFORD, CT 06905-0067

BEDFORD COUNTY, TREASURER
122 E. MAIN STREET, SUITE 10
BEDFORD, VA 24523-2000

Adventure Entertainment, Inc. -

BEDFORD WINDOW CLEANING
308 JANE RANDOLPH STREET
FOREST, VA 24551

BENNINGTON NEW ORLEANS, LLC
C/O VICTORY DEVELOPERS, INC.
240 BROOKSTONE CENTRE PARKWAY
COLUMBUS, GA 31904

BEST SECURITY INDUSTRIES, INC
755 NW 17TH AVENUE, SUITE 1
DELRAY BEACH, FL 33445

BETHANY WATERS
396 LONGWOOD ROAD
ROCKY MOUNT, VA 24151

BROUGHTON FOODS, LLC
P.O. BOX 71-0726
COLUMBUS, OH 43271-0726

BTES
P.O. BOX 549
BRISTOL, TN 37621-0549

BUSINESS CARD
P.O. BOX 15710
WILMINGTON, DE 19886-5710

C&F LAND COMPANY
P.O. BOX 8510
RICHMOND, VA 23226

CAMPBELL COUNTY, TREASURER
P.O. BOX 37
RUSTBURG, VA 24588-0037

CENTER DESIGNS, LLC
P.O. BOX 6726
MIRAMAR BEACH, FL 32550

CENTURY LINK
P.O. BOX 96064
CHARLOTTE, NC 28296-0064

Adventure Entertainment, Inc. -

CHARLESTON FILTER SERVICE, INC.
P.O. BOX 710
ELKVIEW, WV 25071

CITY OF BEDFORD UTILITIES
P.O. BOX 807
BEDFORD, VA 24523

CITY OF BRISTOL, TN
FINANCE DEPARTMENT
P.O. BOX 1348
BRISTOL, TN 37621-1348

CITY OF BUCKHANNON
70 E. MAIN STREET
BUCKHANNON, WV 26201-2792

CITY OF COVINGTON
P.O. BOX 878
COVINGTON, VA 24426

CITY OF DANVILLE
DIVISION OF CENTRAL COLLECTIONS
P.O. BOX 3308
DANVILLE, VA 24543

CITY OF KINGSPORT
424 BROAD STREET
KINGSPORT, TN 37660

CITY OF LYNCHBURG
COMMISSIONER OF THE REVENUE
P.O. BOX 858
LYNCHBURG, VA 24505-0858

CITY OF NORTON
P.O. BOX 618
NORTON, VA 24273

CITY OF SALEM
P.O. BOX 869
SALEM, VA 24153

Adventure Entertainment, Inc. -

COAST TO COAST
P.O. BOX 1140
NEW HYDE PARK, NY 11040

COCA-COLA BOTTLING CO.
P.O. BOX 751257
CHARLOTTE, NC 28275-1257

COCA-COLA ENTERPRISES
P.O. BOX 100712
ATLANTA, GA 30384

COLUMBIA GAS OF VIRGINIA, INC.
P.O. BOX 27648
RICHMOND, VA 23261-7648

COMFORT SERVICES INC.
P.O. BOX 12461
ROANOKE, VA 24025

COMMERCIAL TELEPHONE
P.O. BOX 7799
ROANOKE, VA 24019

COMMONWEALTH-NORTON PARTNERS
P.O. BOX 1390
KNOXVILLE, TN 37901

COMPLETE SMALL BUSINESS SOLUTIONS
P. O. BOX 12425
ROANOKE, VA 24025

COMPUTER MAINTENANCE ALTER.
10820 GUILFORD ROAD
ANNAPOLIS JUNCTION, MD 20701

CONTINENTAL CONCESSION
250 FULTON AVENUE
NEW HYDE PARK, NY 11040

COX COMMUNICATIONS
ATTN: ACCOUNTS PAYABLE
P.O. BOX 9001088
LOUISVILLE, KY 40290-1088

Adventure Entertainment, Inc. -


D&S DEVELOPMENT, LLC
P.O. BOX 1724
SALEM, VA 24153


DAVID STEPHENS PLUMBING
4470 FAIRVIEW DRIVE
CHRISTIANSBURG, VA 24073


DELUXE BUSINESS FORMS
P.O. BOX 742572
CINCINNATI, OH 45274-2572


DOMINION VIRGINIA POWER
PO BOX 26543
RICHMOND, VA 23290


DOWNER REALTY
P.O. BOX 17
CHARLOTTESVILLE, VA 22902


DRESCHER & ASSOCIATES, PA
4 RESERVOIR CIRCLE
SUITE 107
BALTIMORE, MD 21208


E. LYNN DOUGHERTY
131 EIGHTH STREET
BRISTOL, TN 37620


EAST LURAY LLC
CAVE & ZERKEL STREETS
P.O. BOX 307
LURAY, VA 22835


EAST VINTON PLAZA, LLC
6525 MORRISON BLVD.
CHARLOTTE, NC 28211


EDGAR J.T. PERROW
P.O. BOX 3133
LYNCHBURG, VA 24503


FIRST PIEDMONT CORPORATION
P.O. BOX 1069
CHATHAM, VA 24531

Adventure Entertainment, Inc. -

FIRSTPOINT COLLECTION RESOURCES
P.O. BOX 26140
GREENSBORO, NC 27402

FOUR SEASONS PEST CONTROL
P.O. BOX 4953
DANVILLE, VA 24540

FOUR STARZ PROPERTIES LLC
101 MOUNTAIN AVENUE
ROANOKE, VA 24016

FRONTIER COMMUNICATIONS
P.O. BOX 20550
ROCHESTER, NY 14602

FSI MID STATE DIV., INC.
121 MIDDLE COLLISION RD
MOUNT LOOKOUT, WV 26678-9343

GFDG, INC.
P.O. BOX 2887
ROANOKE, VA 24001

GILES COUNTY TREASURER'S OFFICE
130 NORTH MAIN STREET
PEARISBURG, VA 24134

GREEN EARTH, LLC
P.O. BOX 1347
HARRISONBURG, VA 22803-1347

HAWKINS LOCK & KEY CO., INC.
1950 FORT AVENUE
LYNCHBURG, VA 24501

HC HOLDINGS LLC
730 11TH STREET, NW, SUITE 600
WASHINGTON, DC 20001

HOLLINS PLANTATION INVESTORS
240 BROOKSTONE CENTRE PARKWAY
COLUMBUS, GA 31904

Adventure Entertainment, Inc. -

HOME ENTERTAINMENT GROUP
86 ELM STREET
PETERBOROUGH, NH 03458


INGRAM- DVD ACCOUNT
P.O. BOX 1067
CHARLOTTE, NC 28201-1067


INTERSTATE PROPERTIES
P.O. BOX 6726
MIRAMAR BEACH, FL 32550


JERRY'S LAWN CARE
ATT: JERRY GAULDIN
P.O. BOX 205
PELHAM, NC 27311


JIM A. WELLS
525 PACKING HOUSE ROAD
KINGSPORT, TN 37660


K-BEECH VIDEO, INC.
9400 ETON AVENUE
CHATSWORTH, CA 91311


KANAWHA COUNTY SHERRIFF'S OFFICE
TAX DIVISION
409 VIRGINIA STREET E, ROOM 1
CHARLESTON, WV 25301


KONICA MINOLTA BUSINESS SOLUTIONS
4388 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693


LANDMARK PROPERTIES GROUP, INC.
4848 ROUTE 8, UNIT 2
ALLISON PARK, PA 15101


LYNN MURPHY
RENTRAK CORPORATION
7700 NE AMBASSADOR PLACE
PORTLAND, OR 97220

Adventure Entertainment, Inc. -


M.J.R.W., INC.
C/O DARREN W. BENTLEY, ESQ.
549 MAIN STREET
DANVILLE, VA 24543-8200


MARK E. TOZIER
101 MOUNTAIN AVENUE
ROANOKE, VA 24016


MIDLAND PUBLIC SERVICE DIST.
P.O. BOX 544
ELKINS, WV 26241


MOUNTAIN STATE HEATING & COOLING
310 FINDLEY STREET
ELKINS, WV 26241


MOUNTAIN STATE PEST GUARD
14 NORVELL DRIVE
BUCKHANNON, WV 26201


MOVIE STARZ VIDEO
2110 BENNINGTON STREET
ROANOKE, VA 24014


MOVIE STARZ VIDEO, NO. 627
4826 HOLLINS ROAD
ROANOKE, VA 24019


MOVIE STARZ VIDEO, NO. 640
2576 STUARTS DRAFT HIGHWAY
SUITE 138
STUARTS DRAFT, VA 24477


MOVIE STARZ VIDEO, NO. 641
MARKETPLACE SHOPPING CENTER
400 OLD FRANKLIN TURNPIKE
ROCKY MOUNT, VA 24151


MOVIE STARZ VIDEO, NO. 670
733 WEST STONE DRIVE
KINGSPORT, TN 37660

Adventure Entertainment, Inc. -

NEW HORIZON LLC
P.O. BOX 279
UNION HALL, VA 24176

NTELOS
PO BOX 580423
CHARLOTTE, NC 28258

OHIO NATIONAL LIFE INSURANCE
PENSION AND ANNUITY
P.O. BOX 237
CINCINNATI, OH 45201

ONE CENTER CORPORATION
4848 ROUTE 8, UNIT 2
ALLISON PARK, PA 15101

ORKIN EXTERMINATING
460 W. WESTFIELD ROAD
CHARLOTTESVILLE, VA 22901-1642

OSBORNE ASSOCIATES
P.O. BOX 605
EDEN, NC 27288

PAGE NEWS & COURIER
P.O. BOX 2068
HARRISONBURG, VA 22801

PEARISBURG SQUARE LLC
ATTN: WILL ALLEN
410 N. RIDGE RD., STE. 10
HENRICO, VA 23229

PIEDMONT GLASS
124 MALL DRIVE
DANVILLE, VA 24540

PITNEY BOWES, INC.
P.O. BOX371874
PITTSBURGH, PA 15250-7874

PSI PLASTIC GRAPHICS
16149 WESTWOOD BUSINESS PLAZA
BALLWIN, MO 63021

Adventure Entertainment, Inc. -

RAMSEY ENTERPRISES, LLC
2424 MAGNOLIA AVENUE
P.O. BOX 311
BUENA VISTA, VA 24416

RAPPAHANOCK ELECTRIC CO-OP
P.O. BOX 34849
ALEXANDRIA, VA 22334

RENTRAK CORP.
ATTENTION: LEGAL
P.O. BOX 18888
PORTLAND, OR 97218-0888

RETAIL DESIGNS, LLC
P.O. BOX 6726
MIRAMAR BEACH, FL 32550

RIDGEWOOD IMPROVEMENTS, LLC
P.O. BOX 62195
BALTIMORE, MD 21264

ROCKY MOUNT DEVELOPMENT CO.
C/O CENTREX PROPERTIES, INC.
5410 TRINITY ROAD, STE. 3
RALEIGH, NC 27607

SECURITY LOCK & KEY
3736 FRANKLIN ROAD SW
ROANOKE, VA 24014

SHENANDOAH LIFE
PO BOX 12847
ROANOKE, VA 24029

SHENANDOAH VALLEY ELECTRIC
P.O. BOX 79647
BALTIMORE, MD 21279

SHENANDOAH VALLEY WATER
P.O. BOX 2555
STAUNTON, VA 24402

Adventure Entertainment, Inc. -


SHERIFF OF RANDOLPH COUNTY
P.O. BOX 1338
ELKINS, WV 26241


SHERIFF OF UPSHUR COUNTY
38 W. MAIN STREET, ROOM 10
BUCKHANNON, WV 26201


SHERWIN-WILLIAMS CO.
6707 WILLIAMSON ROAD
ROANOKE, VA 24019-4261


SOUTHERN GRAPHICS
2332 FRANKLIN ROAD SW
ROANOKE, VA 24014


SOUTHGATE III, LLC
P.O. BOX 8510
RICHMOND, VA 23226-0510


SPECIALTY STORE SERVICES
454 JARVIS ST.
DES PLAINES, IL 60018


SPRINT
P.O. BOX 530504
ATLANTA, GA 30353-0504


SPURLIN SIGNS & AWNINGS
1015 CARSON CREEK ROAD
LOWGAP, NC 27024


SULLIVAN COUNTY TRUSTEE
P.O. BOX 550
BLOUNTVILLE, TN 37617-0550


SUNTRUST BANK
COMMERCIAL CREDIT SERVICES
P.O. BOX 26202
RICHMOND, VA 23260


SUPERIOR EXTERMINATING CO.
PO BOX 5002
ROANOKE, VA 24012

Adventure Entertainment, Inc. -


T.J.S. ENTERPRISES INC.
5139 STARKEY LANE
ROANOKE, VA 24014


T3 HOLDINGS LLC
101 MOUNTAIN AVENUE
ROANOKE, VA 24016


TECH SQUARED.NET, INC.
P.O. BOX 4709
ROANOKE, VA 24015


TENNESSEE FILTER SERVICE, INC.
679 DEITZ ROAD
MOUNT LOOKOUT, WV 26678


THE CARRINGTON COMPANY
RUCKERS VILLAGE SHOPPING
P.O. BOX 1328
EUREKA, CA 95502


THE COALFIELD PROGRESS
P.O. BOX 380
NORTON, VA 24273-0380


THE DEVON GROUP, LLC
C/O HOLROB COMMERCIAL REALTY
404 ERIN DRIVE
KNOXVILLE, TN 37919


THE ROANOKE TIMES
P.O. BOX 1951
ROANOKE, VA 24008


THE SUPPLY ROOM COMPANIES, INC.
P.O. BOX 1810
ASHLAND, VA 23005


TOMMY JOE WILLIAMS, ESQ.
2721 BRAMBLETON AVE.
ROANOKE, VA 24015


TOWN OF ALTAVISTA
P.O. BOX 420
ALTAVISTA, VA 24517

Adventure Entertainment, Inc. -

TOWN OF CLIFTON FORGE, TREASURER
P.O. BOX 75
CLIFTON FORGE, VA 24422

TOWN OF PEARISBURG
112 TAZEWELL STREET
PEARISBURG, VA 24134

TOWN OF VINTON
311 S. POLLARD ST.
VINTON, VA 24179

TOWN OF WYTHEVILLE
P.O. BOX 533
WYTHEVILLE, VA 24382

TOZIER PROPERTIES, LLC
1514 STRAWBERRY MOUNTAIN DRIVE
ROANOKE, VA 24018

TREASURER OF VIRGINIA
DIVISION OF CHILD SUPPORT
P.O. BOX 570
RICHMOND, VA 23218-0570

TREASURER, COUNTY OF FRANKLIN
LYNDA F. MESSENGER, TREAURER
275 S. MAIN STREET
ROCKY MOUNT, VA 24151

TREASURER, COUNTY OF WISE
ATTN: RITA HOLBROOK
P.O. BOX 1308
WISE, VA 24293-1308

TREASURER, COUNTY OF WYTHE
225 S. 4TH STREET, ROOM 104
WARDTOWN, VA 23482-2594

TREASURER, TOWN OF BUENA VISTA
2039 SYCAMORE AVENUE
BUENA VISTA, VA 24416

Adventure Entertainment, Inc. -


TUSKEENA WYTHEVILLE CENTER LLC
C/O MR. NEIL TURLIK
4600 EAST WEST HIGHWAY
BETHESDA, MD 20814


TYGARTS VALLEY SANITATION INC.
P.O. BOX 142
BEVERLY, WV 26253


UNITED PARCEL SERVICE
P.O. BOX 7247
PHILADELPHIA, PA 19170-0001


UNITED STATES CELLULAR
DEPT. 607640
LOC 043
DENVER, CO 80281-0043


VERIZON
P.O. BOX 17577
BALTIMORE, MD 21297-0513


VERIZON WIRELESS
BANKRUPTCY GROUP
P.O. BOX 3397
BLOOMINGTON, IL 61702


VIDEO REALTY, LLC
730 11 STREET NW, SUITE 600
WASHINGTON, DC 20001


VPD IV INC.
P.O. BOX 958793
SAINT LOUIS, MO 63195-3109


WASTE INDUSTRIES USA, INC.
P.O. BOX 580495
CHARLOTTE, NC 28258-0495


WASTE MANAGEMENT OF BLUE RIDGE
P.O. BOX 13648
PHILADELPHIA, PA 19101-3648

Adventure Entertainment, Inc. -


WASTE MANAGEMENT OF WEST VIRGINIA
P.O. BOX 13648
PHILADELPHIA, PA 19101-3648


WAYNE EPPERSON
1680 ENTERPRISE
PINEY FLATS, TN 37686


WESTERN VIRGINIA WATER AUTHORITY
P.O. BOX 1140
ROANOKE, VA 24006-1140


WFIR- AM
3934 ELECTRIC ROAD SW
ROANOKE, VA 24018


WFXR
P.O. BOX 2127
ROANOKE, VA 24009


WISE FIRE EQUIPMENT & SUPPLY
P.O. BOX 1641
WISE, VA 24293


WSLQ-FM
3934 ELECTRIC ROAD
ROANOKE, VA 24018


WV AMERICAN WATER COMPANY
P.O. BOX 371880
PITTSBURGH, PA 15250-7880


WWCW
P.O. BOX 2127
ROANOKE, VA 24009


WXLK- FM
3934 ELECTRIC ROAD SW
ROANOKE, VA 24018

# United States Bankruptcy Court
## Western District of Virginia

In re  **Adventure Entertainment, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Adventure Entertainment, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**David Ralston**
**101 Mountain Avenue**
**Roanoke, VA 24016**

**M. Travis Tozier**
**101 Mountain Avenue**
**Roanoke, VA 24016**

**Mark E. Tozier**
**101 Mountain Avenue**
**Roanoke, VA 24016**

**Rhodney C. Tozier**
**101 Mountain Avenue**
**Roanoke, VA 24016**

☐ None [*Check if applicable*]

**October 21, 2010**

Date

**/s/ Andrew S. Goldstein**

**Andrew S. Goldstein**

Signature of Attorney or Litigant
Counsel for  **Adventure Entertainment, Inc.**

**Magee Goldstein Lasky & Sayers, P.C.**

**Post Office Box 404**
**Roanoke, VA 24003-0404**
**540-343-9800 Fax:540-343-9898**

# United States Bankruptcy Court
## Western District of Virginia

In re    **Adventure Entertainment, Inc.**

Debtor(s)

Case No.

Chapter    **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Mark E. Tozier**, declare under penalty of perjury that I am the **President** of **Adventure Entertainment, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **21st** day of **October**, 20**10**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mark E. Tozier**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Mark E. Tozier**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Mark E. Tozier, President** of this Corporation is authorized and directed to employ **Andrew S. Goldstein**, attorney and the law firm of **Magee Goldstein Lasky & Sayers, P.C.** to represent the corporation in such bankruptcy case."

Date    **October 21, 2010**

Signed    **/s/ Mark E. Tozier**

**Mark E. Tozier**

Resolution of Board of Directors
of
**Adventure Entertainment, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Mark E. Tozier, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Mark E. Tozier, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Mark E. Tozier, President** of this Corporation is authorized and directed to employ **Andrew S. Goldstein**, attorney and the law firm of **Magee Goldstein Lasky & Sayers, P.C.** to represent the corporation in such bankruptcy case.

Date  **October 21, 2010**                    Signed    **/s/ Mark E. Tozier**